1:47   bop.gov   LTE

# COVID-19 Cases

The BOP has **142,654** federal inmates in BOP-managed institutions and **10,442** in community-based facilities. The BOP staff complement is approximately **36,000**. As of 04/26/2020, there are **799 federal inmates** and **319 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **385** inmates and **124** staff have recovered. There have been **27** federal inmate deaths and **0** BOP staff member deaths attributed to COVID-19 disease.

**Full breakdown and additional details ...**



45 BOP facilities and 17 RRCs affected nationwide

12   15   7   3   15

Google   Map data ©2020   Terms of Use