UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1   OBIOMA AGOMUOH, M.D.,

        Defendant.

_____/

Case No: 16-cr-20196

Honorable Judith E. Levy

**Final Order of Forfeiture**

On or about April 26, 2018, this Court entered a Stipulated Preliminary Order of Forfeiture against Defendant Obioma Agomuoh in which the following property ("Subject Property") was forfeited to the United States (ECF No. 63):

- Thirty-One Thousand Twenty-Eight Dollars ($31,028) in funds from Michigan Education Trust Account Number: 11-OPO4035;

- Twenty-Three Thousand Nine Hundred Forty-Six Dollars ($23,946) in funds from Michigan Education Trust Account Number: 11-OPO4034;

- Twenty-Three Thousand Nine Hundred Forty-Six Dollars ($23,946) in funds from Michigan Education Trust Account Number: 11-OPO4033;

- Thirty-One Thousand Eighteen Dollars ($31,018) in funds from Michigan Education Trust Account Number: 11-OPO4032;

- Forty-Eight Thousand Six Hundred Ninety-Eight Dollars ($48,698) in funds from Michigan Education Trust Account Number: 11-OPO4031; and

- Forty-Eight Thousand Six Hundred Ninety-Eight Dollars ($48,698) in funds from Michigan Education Trust Account Number: 11-OPO4030.

A forfeiture money judgment in the amount of $1,602,757.35 was also imposed. (*Id*.). The Stipulated Preliminary Order of Forfeiture became final as to Defendant Agomuoh at the time it was entered. (*Id*.).

The United States published Notice of the Stipulated Preliminary Order of Forfeiture and served Notice on parties known to the United States who may have or claim an interest in the Subject Property, in accordance with the provisions of Fed. R. Crim. P. 32.2(b)(6)(A). (ECF Nos. 64 and 75). Thereafter, Chinyere Bridget Agomuoh filed a Petition regarding the Subject Property (Case No. 18-mc-50799, ECF No. 1), which initiated an ancillary proceeding under 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c). The period for filing ancillary petitions asserting an interest in the Subject Property has expired, and with the exception of Chinyere Bridget Agomuoh, no other persons have filed any petitions objection to the forfeiture of the Subject Property. On May 20, 2019, this Court dismissed the Petition filed by Chinyere Bridget Agomuoh and the ancillary proceeding was closed. (Case No. 18-mc-50799, ECF No. 7).

The United States filed an application seeking the Court's entry of a Final Order of Forfeiture as to the Subject Property in order to provide further notice and clarity that the forfeiture of the Subject Property to the United States is final, all other ownerships interests in the Subject Property have been extinguished, clear title to the Subject Property is vested in the United States, and the United States is authorized to dispose of the Subject Property according to law.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the rights, title, and interest of all persons and entities in the Subject Property are hereby extinguished, and all rights, title, and interest to the Subject Property is, and has been, forfeited to and vested in the United States of America, and said property shall be disposed of according to law.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

SO ORDERED.

Date: May 19, 2020

s/Judith E. Levy
United States District Judge